**B1 (Official Form 1)(4/10)**

# United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Nunn, Ronald Earl Sr.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle):<br>**Nunn, Mary Theresa** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Earl Nunn; DBA Nunn Better Painting** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-3252** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-3513** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2908 Spanish Bay Dr.**<br>**Brentwood, CA**<br>ZIP Code **94513** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2908 Spanish Bay Dr.**<br>**Brentwood, CA**<br>ZIP Code **94513** |
| County of Residence or of the Principal Place of Business:<br>**Contra Costa** | County of Residence or of the Principal Place of Business:<br>**Contra Costa** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Type of Debtor
(Form of Organization)
(Check one box)

- ■ **Individual (includes Joint Debtors)**<br>*See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Nature of Debts
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nunn, Ronald Earl Sr.**<br>**Nunn, Mary Theresa** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **Northern District of California - Oakland Division** | Case Number: **09-71777** | Date Filed: **12/09/09** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X /s/ Corrine Bielejeski          August 24, 2011**<br>Signature of Attorney for Debtor(s)     (Date)<br>**Corrine Bielejeski** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Nunn, Ronald Earl Sr.<br>Nunn, Mary Theresa |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Ronald Earl Nunn, Sr.**
Signature of Debtor **Ronald Earl Nunn, Sr.**

**X /s/ Mary Theresa Nunn**
Signature of Joint Debtor **Mary Theresa Nunn**

Telephone Number (If not represented by attorney)

**August 24, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X /s/ Corrine Bielejeski**
Signature of Attorney for Debtor(s)

**Corrine Bielejeski 244599**
Printed Name of Attorney for Debtor(s)

**East Bay Bankruptcy Law**
Firm Name

**113 G St., Suite 202**
**Antioch, CA 94509**

Address

**Email: Corrine@EastBayBkLaw.com**
**925-752-1826**
Telephone Number

**August 24, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of California

In re  **Ronald Earl Nunn, Sr.**
      **Mary Theresa Nunn**
                                          Debtor(s)

Case No. _____
Chapter **13**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Ronald Earl Nunn, Sr.**
**Ronald Earl Nunn, Sr.**

Date: **August 24, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of California

In re **Ronald Earl Nunn, Sr.**
**Mary Theresa Nunn**
_____
Debtor(s)

Case No. _____
Chapter **13**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Mary Theresa Nunn**
**Mary Theresa Nunn**

Date: **August 24, 2011**

# United States Bankruptcy Court
## Northern District of California

In re: **Ronald Earl Nunn, Sr.**
**Mary Theresa Nunn**
Debtor(s)

Case No.
Chapter **13**

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **9** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **August 24, 2011**

**/s/ Corrine Bielejeski**
Signature of Attorney
**Corrine Bielejeski**
**East Bay Bankruptcy Law**
**113 G St., Suite 202**
**Antioch, CA 94509**
**925-752-1826**

Date: **August 24, 2011**

**/s/ Ronald Earl Nunn, Sr.**
**Ronald Earl Nunn, Sr.**
Signature of Debtor

Date: **August 24, 2011**

**/s/ Mary Theresa Nunn**
**Mary Theresa Nunn**
Signature of Debtor

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

Case: 11-49050    Doc# 1    Filed: 08/24/11    Entered: 08/24/11 11:58:33    Page 8 of 17

ACN-VOIP
c/o NCO Financial
PO Box 15630
Wilmington, DE 19850


ADT Security
c/o Barry Serota & Associates
PO Box 1008
Arlington Heights, IL 60006


AFNI
1310 MLK Dr.
PO Box 3517
Bloomington, IL 61702-3517


Alhambra & Sierra Springs
6750 Discovery Blvd.
Mableton, GA 30126


Alliance One
6565 Kimball Dr., Suite 200
Gig Harbor, WA 98335


Allied Interstate
PO Box 78626
Phoenix, AZ 85062


Anchor Distributors
1030 Hunt Valley Cir
New Kensington, PA 15068


AT&T
c/o CBCS
PO Box 163250
Columbus, OH 43216-3250

AT&T
c/o Franklin Credit Management
PO Box 3910
Tupelo, MS 38803-3910


Bank of America
101 S Tryon St.
Charlotte, NC 28202


Bay Area Newspaper Group
c/o Steven Booska Law Offices
250 Montgomery St. #720
San Francisco, CA 94104


Blue Book
c/o Credisolve
PO Box 48439
Minneapolis, MN 55448-0439


Brentwood Press
248 Oak St.
Brentwood, CA 94513


Bureau of Collections
PO Box 9001
Minnetonka, MN 55345


Capital One Bank
c/o MRS
1930 Olney Ave.
Cherry Hill, NJ 08003


Cheryl A. Newton
2900 Spanish Bay Dr.
Brentwood, CA 94513

Comcast
c/o CPA
PO Box 802068
Dallas, TX 75380-2068


Contra Costa County Tax Collector
Unsecured Property Tax
PO Box 7002
San Francisco, CA 94120-7002


Culligan - Livermore
PO Box 1140
Livermore, CA 94551


Diamond Hills
11290 Pyrites Way, Suite 100
Gold River, CA 95670


DirecTV
PO Box 6550
Greenwood Village, CO 80155-6650


Employment Development Department
PO Box 82615 MIC 3A
Sacramento, CA 94230-6215


Eulerhermes
600 South 7th St.
Louisville, KY 40201-1672


Ford Motor Credit
c/o Nelson & Kennard
2180 Harvard St., Suite 160
Sacramento, CA 95815

Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952


Geico
One Geico Center
Macon, GA 31296-0001


GEMB
c/o MCM
PO Box 603
Oaks, PA 19456


Greater Oakland St. John
Missionary Baptist Church
c/o Law Offices of Bruce P. Zelis
1943 First Ave.
Walnut Creek, CA 94597


Inland Valley Publishing
PO Box 1198
Livermore, CA 94551


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Insolvency Section
1301 Clay St., Suite 1000S
Oakland, CA 94612


Isings Culligan - Livermore
PO Box 1140
Livermore, CA 94551-1140

Jefferson Capital
16 McLeland Rd.
Saint Cloud, MN 56303


John Muir Health
PO Box 9017
Walnut Creek, CA 94598


Kelly-Moore
105 Elmira Rd., Suite 500
Vacaville, CA 95687


Land Rover Capital Group
PO Box 6508
Mesa, AZ 85216-6508


LDC Collections
PO Box 7684
San Francisco, CA 94120


Leanin Tree
6055 Longbow Dr.
PO Box 9500W
Boulder, CO 80301


Legacy Publishing
1201 Sussex Turnpike, Suite 102
Randolph, NJ 07869


Legacy Publishing Group
75 Green St.
PO Box 299
Clinton, MA 01510

Litton Loan Servicing
Attn: Customer Service Department
4828 Loop Central Dr.
Houston, TX 77081


Litton Loan Servicing
PO Box 4387
Houston, TX 77210-4387


Macy's
c/o NCO Financial Systems
PO Box 15889
Wilmington, DE 19850-5889


MCM
PO Box 603
Oaks, PA 19456


Mercantile
6341 Inducon Dr. East
Sanborn, NY 14132-9097


Midland Credit Management
8875 Aero Dr.
San Diego, CA 92123


NCO Financial Systems, Inc.
507 Prudential Rd.
Horsham, PA 19044


Old Navy
c/o Midland Credit Management
8875 Aero Dr., Suite 200
San Diego, CA 92123

On Guard Systems
1641 Princeton Ave., Suite 10
Modesto, CA 95350


Premier Bank Card
c/o Accounts Receivable Management
PO Box 129
Thorofare, NJ 08086-0129


Primepay
1098 Foster City Blvd., #305
Foster City, CA 94404


Roddy Ranch
1 Tour Way
Antioch, CA 94531


Sherwin Williams
Accounts Receivable Department
4102 Lone Tree Way
Antioch, CA 94531


Sprint
PO Box 54977
Los Angeles, CA 90054-0977


State Fund
c/o STA International Inc.
2000 W. Magnolia Blvd., Suite 100
Burbank, CA 91506


State of California Franchise Tax Board
Vehicle Registration Collections
PO Box 419001
Rancho Cordova, CA 95741

STL Distribution
522 Princeton Rd.
Johnson City, TN 37601


Superior Court of Contra Costa County
1000 Center Dr.
Pittsburg, CA 94565


Supermedia LLC
PO Box 619810
Dallas, TX 75261-9810


Supermedia LLC
PO Box 619009
Dallas, TX 75261


Tapestry Productions Inc.
43980 Mahlon Vail Circle, Suite 803
Temecula, CA 92592


Target
c/o MCM
PO Box 60578
Los Angeles, CA 90060-0578


Trading Financial Credit, LLC
1625 Palo Alto St., Suite 301
Los Angeles, CA 90026-5038


Transworld Systems Collection Agency
2235 Mercury Way, Suite 275
Santa Rosa, CA 95407

```
U.S. Dept of Education
c/o Van Ru Credit Corporation
PO Box 1027
Skokie, IL 60076-1027


Wells Fargo Bank, NA
101 N. Phillips Ave.
Sioux Falls, SD 57104
```