


**Tax Collector's Office**
625 Court Street
Finance Building, Room 100
P. O. Box 631
Martinez, California 94553-0063
(925) 957-5280
(925) 957-2898 FAX

# Contra Costa County

**Russell V. Watts**
County Treasurer-Tax Collector

**Brice E. Bins**
Chief Deputy Treasurer-Tax Collector

**Corrie Gideon**
Tax Operations Supervisor

Martha G. Bronitsky
Chapter 13 Trustee
P.O. Box 9077
Pleasanton Ca. 94566

September 4, 2013

Re: Rebate:      Check #C036981      Amt $ 29.57

Nunn, Sr. Ronald &
Nunn, Mary         Case  11-49050     Amt $ 29.57      Chap.13

Dear Madam/Sirs:

Please be advised that we are refunding excess funds to you. Our claim for the secure property taxes listed above have been paid in full.

If you have any questions regarding this letter, please contact Shirley Reese at 925-957-2832.

Sincerely,

Russell V. Watts
Treasurer-Tax Collector

Shirley Reese
Deputy Tax Collector- Supervisor



cc: Clerk of the Bankruptcy Court
    Corrie Bielejeski, Attorney